UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Raymond H. Shockley, Jr., Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

Order Filed on June 22, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: Shonda S. Burroughs

                Debtor(s)

Case No.   18-15986 (JNP)

Judge: Jerrold N. Poslusny, Jr.

**ORDER WAIVING FEE FOR APPLICATION
REQUESTING REDACTION OF PERSONAL IDENTIFIERS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page ( 2)

Debtor:        Shonda S. Burroughs

Case No:      18-15986 (JNP)

**ORDER WAIVING FEE FOR APPLICATION REQUESTING REDACTION**

**THIS MATTER** having been opened to the Court by Raymond H. Shockley, Jr. Staff Attorney for Isabel C. Balboa, the Chapter 13 Standing Trustee, on an Application to Request Redaction of Personal Identifiers and Application for Waiver of Filing Fee, and good cause appearing;

**IT IS ORDERED** that the filing fee for the Application to Request Redaction of Personal Identifiers is hereby waived.