UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Raymond H. Shockley, Jr., Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

Order Filed on June 22, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: Shonda S. Burroughs

Debtor(s)

Case No.  18-15986 (JNP)

Judge: Jerrold N. Poslusny, Jr.

### ORDER WAIVING FEE FOR APPLICATION
### REQUESTING REDACTION OF PERSONAL IDENTIFIERS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page ( 2)**

Debtor:     Shonda S. Burroughs

Case No:    18-15986 (JNP)

### ORDER WAIVING FEE FOR APPLICATION REQUESTING REDACTION

**THIS MATTER** having been opened to the Court by Raymond H. Shockley, Jr. Staff Attorney for Isabel C. Balboa, the Chapter 13 Standing Trustee, on an Application to Request Redaction of Personal Identifiers and Application for Waiver of Filing Fee, and good cause appearing;

**IT IS ORDERED** that the filing fee for the Application to Request Redaction of Personal Identifiers is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15986-JNP
Shonda S Burroughs                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Jun 22, 2018
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
db             +Shonda S Burroughs,    116 Howard Street,    Millville, NJ 08332-4335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Moshe Rothenberg    on behalf of Debtor Shonda S Burroughs moshe@mosherothenberg.com,
       alyson@mosherothenberg.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6