*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Jenai M. Cerquoni\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

December 12, 2018

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:          Shonda S. Burroughs
      Case No:                 18-15986   JNP
      Hearing Date:            N/A

Dear Judge Poslusny:

　　Please accept this letter as a response to Debtor(s)' Motion/Application filed on December 7, 2018.

　　The Trustee wishes to correct Mr. Rothenberg's Certification in Support of his supplemental fee. Mr. Rothenberg's Certification states that he has applied for $3,500.00. However, the 2016(b) Attorney Disclosure Statement filed March 28, 2018 reflect Mr. Rothenberg agreed to accept $2,500.00.

　　The Trustee does not oppose Mr. Rothenberg's request for $800.00 in his current fee application.

　　As always, the Court is welcome to contact the Trustee with any questions.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　**OFFICE OF THE CHAPTER 13**
　　　　　　　　　　　　　**STANDING TRUSTEE**

　　　　　　　　　　　　　*/s/ Isabel C. Balboa*

　　　　　　　　　　　　　**ISABEL C. BALBOA**
　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:lka

c:   Moshe Rothenberg, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
     Shonda S. Burroughs   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978