**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–15986–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shonda S Burroughs
    116 Howard Street
    Millville, NJ 08332

Social Security No.:
    xxx–xx–5685

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2018.

On 03/04/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:           April 3, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 4, 2019
JAN: bed

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Shonda S Burroughs
    Debtor

Case No. 18-15986-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 04, 2019
                         Form ID: 185     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
```
db              +Shonda S Burroughs,    116 Howard Street,     Millville, NJ 08332-4335
517512904        Credit Union of New Jersey,    c/o Peter J. Liska,    Tinton Falls, NJ 07724
517414150       +First Premier bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517414151        Millville Water and Sewer,    12 High St S,    Millville, NJ 08332-4244
517414153        Professional Adjustments Bureau,    4135 Southstream Blvd Ste 400,    Charlotte, NC 28217-4636
517414154        South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
517414155        Toyora Motor Credit,    Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054-4522
517467434       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517414156        US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
517414157        Village Capital and Investment,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 05 2019 00:01:57     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 05 2019 00:01:52     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517414148        E-mail/Text: bankruptcy@pepcoholdings.com Mar 05 2019 00:01:26
                  Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                  Carneys Point, NJ 08069-3600
517414149        E-mail/Text: bankruptcy@cunj.org Mar 05 2019 00:01:43     Credit Union of New Jersey,
                  1035 Parkway Ave,    Trenton, NJ 08618-2309
517573241       +E-mail/Text: tracey.gregoire@millvillenj.gov Mar 05 2019 00:01:55     City of Milville,
                  12 S High St,    Millville NJ 08332-4244
517414152        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 00:22:17
                  Portfolio Recovery Associates LLC,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
517520831        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 00:11:02
                  Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                  Norfolk VA 23541
517565386       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 05 2019 00:02:10     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Village Capital & Investment, LLC,    1 Corporate Dr.,    Suite 360,
                  Lake Zurich, IL 60047-8945
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Moshe  Rothenberg    on behalf of Debtor Shonda S Burroughs moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   Village Capital & Investment, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Mar 04, 2019
                               Form ID: 185                 Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 7