Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–15986–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shonda S Burroughs
   116 Howard Street
   Millville, NJ 08332

Social Security No.:
   xxx–xx–5685

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            June 11, 2019
Time:           10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*66* – Certification in Opposition to (related document:65 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 116 Howard Street, Millville, NJ 08332. Fee Amount $ 181. filed by Creditor Village Capital & Investment, LLC) filed by Robert P. Saltzman on behalf of Village Capital & Investment, LLC. Objection deadline is 05/21/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Village Capital & Investment, LLC) filed by Moshe Rothenberg on behalf of Shonda S Burroughs. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.


Dated: May 21, 2019
JAN: bed

                                                            Jeanne Naughton
                                                             Clerk