UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 090617B

In Re:

Shonda S. Burroughs

**Order Filed on August 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-15986-JNP

Hearing Date: July 30, 3019
Judge: Jerrold N. Poslusny, Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

**ORDER REIMPOSING THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: August 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Village Capital & Investment, LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Moshe Rothenberg, Esquire |
| Property Involved ("Collateral"): | 116 Howard Street, Millville, NJ 08332 |
| Relief Sought: | ☒ Reimposition of the Automatic Stay |

For good cause shown, it is **ORDERED** that the Automatic Stay is hereby Reimposed as to Village Capital & Investment, LLC, subject to the following conditions

1.     Status of post-Petition arrearages:

☒ The Debtor is overdue for two regular monthly mortgage payments, from June 1, 2019 to July 1, 2019 at $830.48 per month.

☒ The Debtor is overdue for six agreed order payments, from December 1, 2018 to May 1, 2019 at $630.85 per month.

Total Arrearages Due $5,446.06.

2.     Debtor must cure all post-Petition arrearages as follows:

☒  Beginning on August 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $830.48.

☒ The amount of $5,446.06 shall be capitalized in the Debtor's Chapter 13 Plan. As a result of such capitalization, the Mortgagee's Allowed Secured Claim shall be and the same hereby shall be deemed amended to add such capitalized post-Petition payment thereon to the Proof of Claim as filed, and the standing Chapter 13 Trustee shall be and the same hereby is directed to adjust her records and make revised disbursements accordingly.

3.     Payments to the Secured Creditor shall be made to the following address(es):

☒  Regular monthly payment:

> Village Capital & Investment, LLC
> 1 Corporate Drive, Suite 360
> Lake Zurich, Illinois 60047-8945

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.

The fees and costs are payable:

☒ through the Chapter 13 Plan.