# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−15986−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shonda S Burroughs
   116 Howard Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−5685

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        9/18/19
Time:        10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 9, 2019
JAN: bed

        Jeanne Naughton
        Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 18-15986-JNP
Shonda S Burroughs                                                  Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Aug 09, 2019
                               Form ID: 132             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db             +Shonda S Burroughs,    116 Howard Street,    Millville, NJ 08332-4335
517512904       Credit Union of New Jersey,    c/o Peter J. Liska,    Tinton Falls, NJ 07724
517414150      +First Premier bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517414151       Millville Water and Sewer,    12 High St S,    Millville, NJ 08332-4244
517414153       Professional Adjustments Bureau,    4135 Southstream Blvd Ste 400,    Charlotte, NC 28217-4636
517414154       South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
517414155       Toyora Motor Credit,    Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054-4522
518380775       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517467434      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517414156       US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
517414157       Village Capital and Investment,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 00:01:49      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 00:01:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517414148       E-mail/Text: bankruptcy@pepcoholdings.com Aug 10 2019 00:01:32
                 Atlantic City Electric Company,    Mail Stop 84CP42,   5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
517414149       E-mail/Text: bankruptcy@cunj.org Aug 10 2019 00:01:42      Credit Union of New Jersey,
                 1035 Parkway Ave,    Trenton, NJ 08618-2309
517573241      +E-mail/Text: tracey.gregoire@millvillenj.gov Aug 10 2019 00:01:49      City of Milville,
                 12 S High St,    Millville NJ 08332-4244
517414152       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 23:59:30
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4962
517520831       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2019 00:22:04
                 Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
517565386      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 10 2019 00:02:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517414156       E-mail/Text: EDBKNotices@ecmc.org Aug 10 2019 00:01:16      US Department of Education,
                 PO Box 16448,    Saint Paul, MN 55116-0448
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Village Capital & Investment, LLC,    1 Corporate Dr.,   Suite 360,
                 Lake Zurich, IL 60047-8945
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Moshe Rothenberg    on behalf of Debtor Shonda S Burroughs moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2019
                               Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
        Robert P. Saltzman     on behalf of Creditor    Village Capital & Investment, LLC dnj@pbslaw.org
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7