Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15986−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shonda S Burroughs
   116 Howard Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−5685

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/21/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 21, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15986-JNP |
| Shonda S Burroughs | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2023 | Form ID: 148 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shonda S Burroughs, 116 Howard Street, Millville, NJ 08332-4335 |
| 517512904 | | Credit Union of New Jersey, c/o Peter J. Liska, Tinton Falls, NJ 07724 |
| 517414151 | | Millville Water and Sewer, 12 High St S, Millville, NJ 08332-4244 |
| 517414153 | | Professional Adjustments Bureau, 4135 Southstream Blvd Ste 400, Charlotte, NC 28217-4636 |
| 517414154 | | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | Jul 21 2023 21:01:00 | Credit Union of NJ, 1301 Parkway Avenue, PO Box 7921, Ewing, NJ 08628 |
| cr | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 21 2023 21:01:00 | City of Millville, c/o City Clerk's Office, 12 South High Street, Millville, NJ 08332-4244 |
| 517414148 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 21 2023 21:01:00 | Atlantic City Electric Company, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 517414149 | | Email/Text: bankruptcy@cunj.org | Jul 21 2023 21:01:00 | Credit Union of New Jersey, 1035 Parkway Ave, Trenton, NJ 08618-2309 |
| 517573241 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 21 2023 21:01:00 | City of Milville, 12 S High St, Millville NJ 08332-4244 |
| 517414157 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 21 2023 21:00:00 | Village Capital and Investment, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 517414150 | + | EDI: AMINFOFP.COM | Jul 22 2023 00:41:00 | First Premier bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517414152 | | EDI: PRA.COM | Jul 22 2023 00:41:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 517520831 | | EDI: PRA.COM | Jul 22 2023 00:41:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517565386 | + | EDI: JEFFERSONCAP.COM | Jul 22 2023 00:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

Case 18-15986-JNP    Doc 107    Filed 07/23/23    Entered 07/24/23 00:18:43    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: 148 | Total Noticed: 20 |

| 517467434 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 21 2023 21:00:00 | 56302-7999<br>Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518380775 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2023 21:22:25 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517414156 | | Email/Text: EDBKNotices@ecmc.org | Jul 21 2023 20:59:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Village Capital & Investment, LLC, 1 Corporate Dr., Suite 360, Lake Zurich, IL 60047-8945 |
| 517414155 | ## | Toyora Motor Credit, Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor City of Millville francis@gmslaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keith A. Bonchi | on behalf of Creditor City of Millville keith@gmslaw.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com lori@redbanklaw.com |
| Moshe Rothenberg | on behalf of Debtor Shonda S Burroughs moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Village Capital & Investment LLC dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Village Capital & Investment LLC swest@pbslaw.org |

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10